UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | LA CV25-06212 JAK (RAOx) | Date | September 8, 2025 |
|---|---|---|---|
| Title | Mohammad Tehrani v. City of Los Angeles et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Daniel Torrez | Miriam Baird |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Mario Tafur | Emily Cohen |

**Proceedings:**     **PLAINTIFF'S MOTION TO REMAND TO STATE COURT (DKT. 16)**

The motion hearing is held on Plaintiff's Motion to Remand to State Court at Dkt. 16 (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 26 |
|---|---|---|
| Initials of Preparer | DT | |