JS-6

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMMAD TEHRANI,<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES, et al.,<br>Defendants. | No. 2:25-cv-06212-JAK (RAOx)<br><br>**JUDGMENT**<br>**JS-6: Case Closed** |

On Thursday, March 26, 2026, Defendant City of Los Angeles ("Defendant") filed its Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion"). On April 27, 2026, Plaintiff filed its Opposition to Defendant City of Los Angeles's Motion for Summary Judgment ("Opposition"). On May 7, 2026, Plaintiff filed a corresponding Declaration in support of his Opposition. On May 12, 2026, Defendant filed a timely Reply to Plaintiff's Opposition. On May 18, 2026, a hearing was held and the matter was taken under submission. On September 9, 2026, the Motion was granted in its entirety. Pursuant to that order, Defendant lodged a proposed judgment. Accordingly,

IT IS SO ORDERED AND ADJUDGED that:

(1) Defendant's Motion for Summary Judgment is granted in its entirety.

(2) Judgment is entered in favor of Defendant and against Plaintiff.

(3) Defendant may seek recovery of its costs and if it so elects, meet and confer with Plaintiff's counsel regarding a Motion for Attorneys' fees pursuant to Local Rule 7-3 and 42 U.S.C. Section 1988.

**IT IS SO ORDERED.**

Dated: October 2, 2026

John Kronstadt
United States District Judge